479 P.2d 410

**COLDWELL BANKER & COMPANY REAL ESTATE BROKERS, an Arizona corporation, Appellant,**

v.

**Herbert B. POTTHOFF and Daniel T. Meredith, Appellees.**

**No. 10208–PR.**

Supreme Court of Arizona.

Jan. 19, 1971.

N. Pike Johnson, Jr., Powers, Boutell & Fannin, by Paul R. Fannin, Phoenix, for appellant.

Kenneth S. Scoville, Phoenix, for appellees.

PER CURIAM.

The following action was taken by the Supreme Court of the State of Arizona on January 19, 1971 in regard to the above-entitled cause:

Ordered: The Order of this Court Granting Review is Ordered Vacated.

Further Ordered: Petition for Review is denied. 12 Ariz.App. 525, 472 P.2d 948.

CAMERON, J., announced his disqualification from participation in this matter.